FORM NO. 2

# United States Bankruptcy Court
## Western District of Tennessee

| | | | |
|---|---|---|---|
| In re **David Franklin Dickey** | | Case No. | 11-10713 |
| | Debtor(s) | Chapter | **13** |

## AMENDED CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | **David Franklin Dickey** | S.S.# **xxx-xx-9306** |
| | | S.S.# |
| ADDRESS: | **164 Pennington Place** | |
| | **Jackson, TN 38305** | |
| PLAN PAYMENT: | Debtor(s) to pay $ **591.00** | semimonthly |
| PAYROLL DEDUCTION: | State Systems, Inc.  OR ( ) DIRECT PAY | |
| | 3755 Cherry Rd. | |
| | PO Box 18439 | |
| | Memphis, TN 38118 | |
| | BECAUSE: | |
| | FIRST PAYMENT DATE: | |
| PLACE OF EMPLOYMENT: | **State Systems, Inc.** | |
| ADMINISTRATIVE: | Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order. | |

| | | MONTHLY PLAN PMT. |
|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan   ( ) Included in Plan | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to | $ **-NONE-** |
| | Child support arrearage amount | $ |
| PRIORITY CREDITORS: | **-NONE-** | $ **-NONE-** |

| | | | | | |
|---|---|---|---|---|---|
| HOME MORTGAGE: **Chase Home Finance** | If no arrearage, ongoing payments are to be paid directly by the debtor(s). Ongoing pmt. Begin 5/11 | | | | $ **847.00** |
| | Approx. arrearage | **3,388.00** | Interest **0.00** % | | $ **57.00** |
| SECURED CREDITORS; (retain lien 11 U.S.C. Sec. 1325{a}{5}) | | VALUE COLLATERAL | RATE OF INTEREST | | MONTHLY PLAN PMT. |
| **Ally (2009 Dodge)** | | | | | Surrender |
| **Citifinancial (1989 Ford)** | | | | | Surrender |
| **World Finance** | $ | 2000.00 | 7.00 % | | $ 42.00 |

SPECIAL CLASS UNSECURED CREDITORS

Direct Loan Servicing Center (student loan) (balance to survive discharge)                    In Deferment

UNSECURED CREDITORS:   Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts.  Pay **\*** % of these claims after above claims are paid or pay all disposable income for term of plan;

*to be determined

Bill Me Later; Cash Call Inc; Chase; Discover; HSBC Best Buy; Leaders Credit Union; Merrick Bank Visa

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **$100,872.00**

TERMINATION:          Plan shall terminate upon payment of the above, approximately 60 months.

OTHER PROVISIONS:
**Rejected Leases**
 **-NONE-**:
**Assumed Leases**
 **Verizon**: **Cell phone contract expires 1/2012**

*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.

FORM NO. 2

| | |
|---|---|
| DEBTOR'S ATTORNEY: | **Alissa York Gay 024812**<br>**Teel & Maroney, PLC**<br>**87 Murray Guard Dr.**<br>**P.O. Box 10788**<br>**Jackson, TN 38308-0113**<br>**(731) 660-7777 Fax:(731) 664-7057** |